# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2249
LT Case No. 2020-CA-000545

_____

SILVERTHORN/HERNANDO
HOMEOWNERS' ASSOCIATION,
INC.,

     Appellant,

     v.

HERNANDO COUNTY,
SILVERTHORN ASSOCIATES, LLC,
and ACORN TO OAKTREE
INVESTMENTS, LLC,

     Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Pamela Stinnette Vergara, Judge.

Karen S. Cox, of Appleton Reiss, PLLC, Tampa, for Appellant.

Darryl W. Johnston, of Johnston Law Group, P.A., Brooksville,
for Appellee Hernando County, Silverthorn Associates, LLC.

Robert M. Quinn, Dane R. Blunt and Nathaniel G. Foell, of
Carlton Fields, P.A., Tampa, for Appellee Acorn to Oaktree
Investments, LLC.

May 28, 2024

PER CURIAM.

AFFIRMED.

WALLIS, JAY, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____